1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

ORIGINAL FILED
08 APR -8 PM 1:28
RICHARD W. WIEKING
U.S. DISTRICT COURT

E-FILING

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

vs.

FELIPE CRUZ MANZANO A/K/A
FELIPE G. CRUZ MANZANO,
INDIVIDUALLY and d/b/a EL COYOTE
MEXICAN GRILL,

    Defendant.

Case No. C08 01872 RMW PVT

CERTIFICATION AS TO
INTERESTED PARTIES

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**PARTIES**

*Plaintiff, J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:  (626) 799-9795

Page 1

1 | ***Defendant***, Felipe Cruz Manzano a/k/a Felipe G. Cruz Manzano, individually and d/b/a El Coyote
2 | Mexican Grill
3 | 4278 Senter Road
4 | San Jose, CA 95111
5 |
6 | Dated: 4/7/08
7 | LAW OFFICES OF THOMAS P. RILEY, P.C.
   | By: Thomas P. Riley
8 | Attorney of Record for
   | J & J Sports Productions, Inc.
9 |
10 |
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///