**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
————————
www.cand.uscourts.gov

Richard W. Wieking                                                        General Court Number
Clerk                                                                              408.535.5364

June 5, 2008

RE:  CV 08-01872 RMW        J&J SPORTS PRODUCTIONS, INC.-v- FELIPE CRUZ
MANZANO, ET AL.

Default is entered as to defendant Felipe Cruz Manzano aka Felipe G. Cruz Manzano,
individually and dba El Coyote Mexican Grill on June 4, 2008.

RICHARD W. WIEKING, Clerk

by /s/Diane Miyashiro
Case Systems Administrator

NDC TR-4  Rev. 3/89

DEFAULT ENTERED

6/04/2008

RICHARD W. WIEKING, CLERK

By _____

Deputy Clerk

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLA@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sorts Productions, Inc., | Case No. 5:08-cv-01872-RMW |
| Plaintiff, | REQUEST TO ENTER DEFAULT |
| vs. | |
| Felipe Cruz Manzano a/k/a Felipe G. Cruz Manzano, individually and d/b/a El Coyote Mexican Grill, | |
| Defendant. | |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff, J & J Sports Production, Inc., hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant **Felipe Cruz Manzano a/k/a Felipe G. Cruz Manzano, individually and d/b/a El Coyote Mexican Grill,** on the grounds that said Defendant has failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

///

///

Page 1

1    Said Defendant was duly served with the Summons and Complaint, evidenced by

2    the Proof of Service on file with this Court.

3

4

5    Dated:  May 30, 2008              /s/ Thomas P. Riley

6                                     **LAW OFFICES OF THOMAS P. RILEY,  P.C.**

7                                     By: Thomas P. Riley

                                      Attorneys for Plaintiff
8
                                      J & J Sports Production, Inc.
9

10   ///

11   ///

12

13   ///

14   ///

15

16   ///

17   ///

18

19   ///

20   ///

21

22   ///

23   ///

24

25   ///

26   ///

27

28   ///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 30, 2008, I served:

## REQUEST TO ENTER DEFAULT

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Felipe Cruz Manzano   (Defendant)
2766 Plumas Drive, #229
San Jose, CA 95121

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 30, 2008, at Los Angeles, California.

Dated: May 30, 2008                    /s/ Emily Stewart
                                       EMILY STEWART