IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FELIPE CRUZ MANZANO, et al., <br><br> Defendant. | ***E-FILED - 7/8/08*** <br><br> CASE NO.: C-08-01872-RMW <br><br> **CLERK'S NOTICE OF VACATING CASE MANAGEMENT CONFERENCE** |

YOU ARE HEREBY NOTIFIED that the Case Management Conference which was issued by the Clerk of Court on April 8, 2008, setting forth a date of August 15, 2008 at 10:30 a.m. is hereby **VACATED**. On July 1, 2008, plaintiff filed a motion for default judgment and hearing is scheduled for August 15, 2008 at 9:00 a.m.

DATED: July 8, 2008

*[signature]*

JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

Copy of Order E-Filed to Counsel of Record: