UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 15, 2008

Case No. C-08-01872-RMW        JUDGE: Ronald M. Whyte

J & J PRODUCTIONS, INC.        -V- FELIPE CRUZ MANZANO, et al.
Title

A. Passaretti - Appearing for T. Riley        Felipe Cruz (Pro Se)
Attorneys Present (Plaintiff)                 Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia            COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**ORDER AFTER HEARING**

Hearing Held. The defendant was assisted by the Court Certified Spanish Interpreter - H. Bridger. The Court voir dired the defendant. The defendant is to contact plaintiff's counsel again to resolve the matter. If the parties are unable to resolve the case, defendant shall file a motion to set aside the default. The Court continued this hearing to 9/12/08 @ 9:00 AM. If defendant fails to file his motion to have default set aside by 9/12/08, the Court will enter judgment at the next hearing. Also, defendant shall advise the Court if plaintiff's counsel won't talk to him. The matter is deemed submitted.