**E-Filed on:**     9/29/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C-08-01872 RMW |
| Plaintiff, | JUDGMENT |
| v. | |
| FELIPE CRUZ MANZANO aka FELIPE G. CRUZ MANZANO, individually and d/b/a El Coyote Mexican Grill, | |
| Defendants. | |

On September 29, 2008 this court granted default judgment in favor of plaintiff J & J Sports Productions, Inc. and against defendant Felipe Cruz Manzano, aka Felipe G. Cruz Manzano, individually and d/b/a El Coyote Mexican Grill.  Plaintiff is entitled to $250.

IT IS HEREBY ORDERED THAT defendant shall pay to plaintiff $250.

DATED:     9/29/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

JUDGMENT
C-08-01872 RMW
TSF

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

Thomas P. Riley                tprlaw@att.net

**Defendants:**

(no contact information)

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      __9/29/2008__              _____
                                          **TSF**
                                          **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JUDGMENT
C-08-01872 RMW
TSF                                    2